IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01323-LTB

LARRY DALE FLOYD,

    Applicant,

v.

PAM PLOUGHE, Warden,
DIRECTOR COLO. DEPT. OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant filed a Notice of Appeal on September 4, 2012 (ECF No. 16).  In the Notice of Appeal, he requests an extension of time to retain counsel and to "perfect his appeal."  The request for an extension of time is denied as unnecessary.  Applicant may refile his motion in the United States Court of Appeals for the Tenth Circuit.

    Dated:  September 6, 2012